# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: ) | Chapter 13 |
| ) | Case No: 16-13124 |
| GUY, MARY ) | |
| Debtor ) | |
| ) | |

## ASSENTED TO MOTION TO CONTINUE HEARING

Now come the Debtor, Mary Guy, through her attorney to submit this Assented to Motion to Continue Hearing and state as follows:

1. A hearing is scheduled for March 30, 2017.

2. Debtor has just filed Federal Tax Returns for 2014 and 2015. We have submitted copies of these returns to the Massachusetts DOR – Bankruptcy Unit and we are waiting for their office to withdraw their notice of non-filing.

3. Carolyn Bankowski, Esq, Chapter 13 Trustee has agreed to continue this matter 30 days, to a date convenient to the court.

Parties ask the Court to approve this Assented to Motion to Continue Hearing and grant further relief as is just and proper.

Dated: March 27, 2017

Carolyn Bankowski, Esq.
Office of the Chapter 13 Trustee
PO Box 8250
Boston, MA 02114
Telephone: (617) 723-1313
Email: 13trustee@ch13boston.com
BBO No. 631056

Respectfully Submitted,

Louis S. Xifaras, Esq.
Xifaras Law
200 Chauncy Street, Suite 115
Mansfield, MA 02048
Telephone: (508) 339-0100
Facsimile: (508) 339-0222
Email: louxifaras@xifaraslaw.com
BBO No.: 547176

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  )<br>  )<br>GUY, MARY  )<br>   Debtor  )<br>  ) | Chapter 13<br>Case No: 16-13124 |

## CERTIFICATE OF SERVICE

I, Louis S. Xifaras, Attorney for the Debtors, certify that on March 27, 2017, I mailed via first class mail postage prepaid, a copy of Assented to Motion to Continue Hearing to:

Mary Guy
21 Kilsyth Road
Norton, MA 02766

And via electronic mail to John Fitzgerald, U.S. Trustee, Carolyn Bankowski, Chapter 13 Trustee, Stephanie E. Babin, on behalf of Deutsche Bank National Trust Company, Craig Rule, on behalf of Deutsche Bank National Trust Company.

Respectfully Submitted,

/s/ Louis S. Xifaras
Louis S. Xifaras, Esq.
Xifaras Law
200 Chauncy Street, Suite 115
Mansfield, MA 02048
Telephone: (508) 339-0100
Facsimile: (508) 339-0222
Email: louxifaras@xifaraslaw.com
BBO No.: 547176